UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

PEACE RIVER CHARTERS, LLC

    Plaintiff,

vs

CLEAR SPRING PROPERTY AND CASUALTY COMPANY,

    Defendant.

CASE NO.:

## COMPLAINT

COMES NOW, Plaintiff, PEACE RIVER CHARTERS, LLC ("PRC"), by and through its undersigned Counsel, and files this, its Complaint against the Defendant CLEAR SPRING PROPERTY AND CASUALTY COMPANY ("CSPCC"), and would allege as follows:

### PARTIES, JURSIDICTION & VENUE

1.    This is an action based upon a maritime contract, to wit, a marine policy of insurance covering a vessel, and accordingly this Court has admiralty jurisdiction pursuant to the United States Constitution, and 28 U.S.C. § 1333.

2.    PRC is a Florida Limited Liability Company with its principal address at 4192 SW Adventure Way, Arcadia, FL 34266.

3.    Defendant CSPCC is a Texas corporation authorized to do business in Florida with a principal address of 227 West Monroe, Suite 2100, Chicago, IL 60603.

4.    Venue is proper in the Middle District of Florida as the Policy of Insurance was delivered in Florida and pursuant to Section 11, Page 17 of the applicable policy, which provides

in relevant part that "any dispute arising hereunder shall be subject to the exclusive jurisdiction of the Federal Courts of the United States of America, in particular, the Federal District court within which you the Assured resides…"  A true and correct copy of the insurance policy with endorsements is attached hereto as **EXHIBIT "A."**

## COUNT I – BREACH OF MARINE INSURANCE CONTRACT

5. PRC re-alleges and re-avers the allegations contained in paragraphs 1 – 4 as if fully set forth herein.

8. On or August 19, 2021, PRC and CSPCC entered into a "Commercial Yacht Insuring Agreement" providing Hull and Indemnity coverage for the M/Y Dana Marie, a 1990 36' Tiara with Caterpillar twin 300hp diesel engines.  *See EXHIBIT "A."*

*9.* The policy was for the period of August 19, 2021 through August 19, 2022 and provided Hull Coverage in the amount of $65,000.00 less a deductible of $9,750.00.  *Id. at Declarations Page and Endorsement 1.*

10. The policy provides coverage for "accidental physical loss or damage" which occurs during the period of the insuring agreement, subject to conditions, warranties, deductibles and exclusions.  *Id. at Section 3, Page 5.*

11. On or about September 23, 2021, the Vessel sank due to a heavy rain storm.

12. PRC complied with all relevant provisions of the policy and made a claim with CSPCC through its agent on September 23, 2021.

13. CSPCC had a survey performed on the Vessel.  However, despite demands from PRC, it has not been provided a copy.

14. CSPCC had a contractual duty under the terms of the Contract to pay PRC's claim.

15. CSPCC has breached its contractual duty by failing to pay its claim.

16. As a result, PRC has suffered damages in an amount of the policy limits less the deductible.

17. Plaintiff has been forced to retain undersigned Counsel and is entitled to its reasonable attorneys' fees pursuant to Florida Statute § 627,428.

WHEREFORE, Plaintiff prays this Court enter judgment in favor of CSPCC and against PRC in an amount to be determined at trial, be awarded pre-judgment interest, costs, reasonable attorney's fees, post judgment interest thereafter, and for such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone:   (954) 377-8100
Facsimile:    (954) 377-8101