UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN ADMIRALTY

PEACE RIVER CHARTERS, LLC

     Plaintiff,

vs

CLEAR SPRING PROPERTY AND CASUALTY COMPANY,

     Defendant.

CASE NO.: 2:23-cv-00252-SPC-KCD

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, PEACE RIVER CHARTERS, LLC ("PRC"), by and through its undersigned counsel, and provides Notice to the Court that the parties have reached an amicable settlement. The parties will file the appropriate dismissal by Friday, June 30, 2023.

Dated: June 19, 2023.

Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone: (954) 377-8100
Facsimile: (954) 377-8101

CASE NO.: 2:23-cv-00252-SPC-KCD

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Adam B. Cooke<br>
Adam B. Cooke